UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE, <br><br> Plaintiff, <br><br> vs. <br><br> KING COUNTY, a political subdivision of the State of Washington; KING COUNTY SHERIFF'S OFFICE, an entity of King County; KATHLEEN DECKER, in her official and individual capacities; GEORGE ALVAREZ, in his official and individual capacities; and JOHN / JANE DOE OFFICERS 1-10, in their official and individual capacities, <br><br> Defendants. | No. 2:21-cv-01623-RSL <br><br> **STIPULATED MOTION AND ORDER EXTENDING TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT** |

Plaintiff Gizachew Wondie ("Plaintiff"), and defendants King County, King County Sherriff's Office, and Kathleen Decker (hereinafter "King County Defendants"), through their undersigned counsel, stipulate and agree as follows:

1. On December 3, 2021, Plaintiff filed a Complaint against King County Defendants and George Alvarez. (Dkt. 1)

2. Defendant King County was served with the Summons and Complaint on or about December 15, 2021.

STIPULATED MOTION AND ORDER EXTENDING
TIME TO FILE ANSWER TO PLAINTIFF'S
COMPLAINT (2:21-cv-01623-RSL) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

3. Given delays associated with employees' vacation time off for Christmas and the New Year holidays, King County Defendants seek an extension of time to file their Answer from January 5, 2022, to January 31, 2022.

4. Based on the foregoing, the parties hereby stipulate and agree that the time for King County Defendants to answer, move or otherwise respond to Plaintiff's Complaint is extended to January 31, 2022.

Respectfully submitted this 4th day of January, 2022.

Dated this 4th day of January, 2022.

The Law Office of Dan N. Fiorito III

*Per email authorization 1/4/22*
By: /s/ Dan N. Fiorito III
DAN N. FIORITO, III, WSBA #34009
Attorney for Plaintiff

Dated this 4th day of January, 2022.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: /s/ John R. Zeldenrust
JOHN R. ZELDENRUST, WSBA #19797
KARISSA TAYLOR, WSBA #31563
Senior Deputy Prosecuting Attorneys
1191 Second Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 477-1120
Fax: (206) 296-8819
E-Mail: john.zeldenrust@kingcounty.gov
           Karissa.taylor@kingcounty.gov
Attorneys for King County Defendants

**ORDERED**

Having reviewed the foregoing Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that King County Defendants are granted leave for extension of time to file their Answer to Plaintiff's Complaint, by January 31, 2022.

IT IS SO ORDERED this 5th day of January, 2022.

*Judge Robert S. Lasnik*
United States District Court Judge

STIPULATED MOTION AND ORDER EXTENDING TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT (2:21-cv-01623-RSL) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819