# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>KING COUNTY, a political subdivision of the State of Washington; KING COUNTY SHERIFF'S OFFICE, an entity of King County; KATHLEEN DECKER, in her official and individual capacities; GEORGE ALVAREZ, in his official and individual capacities; and JOHN / JANE DOE OFFICERS 1-10, in their official and individual capacities,<br><br>Defendants. | NO. 2:21-CV-01623-RSL<br><br>ORDER ON STIPULATED MOTION TO EXTEND DEADLINE FOR INITIAL DISCLOSURES AND OTHER PRELIMINARY DEADLINES |

**ORDER**

Based on the Joint Stipulated Motion to Extend Deadline for FRCP 26(a)(1) Initial Disclosures in this matter, IT IS HEREBY ORDERED that the deadline for FRCP 26(a)(1) Initial is extended to February 16, 2022; the deadline for the Combined Joint Status Report and Discovery Plan is extended to February 23, 2022; and the deadline for defendants King County, King County Sheriff's Office and Kathleen Decker to file their Answer(s) is extended to February 21, 2022.

ORDER ON STIPULATED MOTION TO EXTEND DEADLINE
FOR INITIAL DISCLOURES AND OTHER PRELIMINARY
DEADLINES- 1
(Case No. 2:21-CV-01623-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

Dated this 28th day of January, 2022.

*MWT S Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By *s/ Zach Parker &  s/ Scott Wakefield*
    Scott C. Wakefield         WSBA #11222
    Dan R. Kirkpatrick        WSBA #38674
    Zach Parker               WSBA #53373
    Attorneys for Defendant George Alvarez

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By *s/ Karissa L. Taylor & s/ John R. Zeldenrust*
    Karissa Lynne Taylor      WSBA #311563
    John R. Zeldenrust        WSBA#19797
    Attorneys for Defendants King County, King Sheriff's Office;
    and Kathleen Decker

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By *s/ Dan N. Fiorito, III*
    Dan N. Fiorito, III         WSBA #34009
    Attorneys for Plaintiff Gizachew Wondie

ORDER ON STIPULATED MOTION TO EXTEND DEADLINE
FOR INITIAL DISCLOURES AND OTHER PRELIMINARY
DEADLINES- 2
(Case No. 2:21-CV-01623-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120