UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE,<br><br>  Plaintiff,<br><br>  v.<br><br>KING COUNTY, *et al.*,<br><br>  Defendants. | Cause No. C21-1623RSL<br><br>ORDER EXTENDING TIME<br>AND PERMITTING<br>SERVICE BY MAIL |

This matter comes before the Court on plaintiff's "Motion to Extend Time for Process of Service and for an Order Permitting Service of Process by Mail." Dkt. # 23. Plaintiff has shown good cause for the failure to timely serve defendant George Alvarez (Fed. R. Civ. P. 4(m)), that defendant, though resident in the State of Washington, has kept himself concealed from plaintiff with the intent to avoid the service of a summons (RCW 4.28.100), and that service by mail is just as likely to give actual notice of this litigation as service by publication (Wash. CR 4(d)(4)).

//


//

ORDER EXTENDING TIME AND
PERMITTING SERVICE BY MAIL - 1

Plaintiff's motion is therefore GRANTED. The deadline for service of process is hereby extended to April 15, 2022, and plaintiff is authorized to accomplish service by mail pursuant to Washington Civil Rule 4(d)(4) on or before that date.

Dated this 24th day of March, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME AND
PERMITTING SERVICE BY MAIL - 2