1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE,<br><br>  Plaintiff,<br><br> v.<br><br>KING COUNTY et al.,<br><br>  Defendants. | CASE NO. 2:21-cv-01623-JHC<br><br>ORDER |

This matter comes before the Court on Defendants King County and King County Sheriff's Office's Rule 12(c) motion to dismiss. Dkt. # 36. Plaintiff Gizachew Wondie opposes the motion, requests that the Court deny it, and alternatively requests dismissal without prejudice and leave to amend the complaint. Dkt. # 37. The Court, having considered the filings and the record, for the reasons argued by King County, GRANTS the motion and DISMISSES Plaintiff's *Monell* claims against Defendants King County and King County Sheriff's Office WITHOUT PREJUDICE. The Court grants Plaintiff leave, until Friday, July 8, 2022, to amend the complaint to properly plead any *Monell* claims against these defendants.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER - 1

Dated this 24th day of June, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2