THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE, a single man,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KING COUNTY, a political subdivision of the State of Washington; KING COUNTY SHERIFF'S OFFICE, an entity of King County; KATHLEEN DECKER, in her official and individual capacities; GEORGE ALVAREZ, in his official and individual capacities; and JOHN / JANE DOE OFFICERS 1-10, in their official and individual capacities,<br><br>　　　　　　　　Defendants. | NO. 2:21-CV-01623-JHC<br><br>JOINT STIPULATED MOTION TO EXTEND CERTAIN DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 22, 2022**<br>**Same Day Motion** |

## JOINT STIPULATED MOTION

The undersigned counsel for plaintiff Gizachew Wondie and defendants King County, King County Sheriff's Office, Kathleen Decker and George Alvarez, jointly move that the Fed. R. Civ. P. 26(a)(2) expert disclosure report and discovery cut-off deadlines in this matter be extended from the current dates as follows:

JOINT STIPULATED MOTION TO EXTEND CERTAIN DEADLINES - 1
(Case No. 2:21-CV-01623-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

2010.002/221116JtStipMotExtendDeadlines.docx

| Event | Current Date | Extended Date |
|---|---|---|
| Disclosure of Expert Reports Under Fed. R. Civ. P. 26(a)(2) | 12/07/22 | 01/09/2023 |
| Disclosure of Rebuttal Expert Reports | 01/07/2023 | 02/07/2023 |
| Discovery Cut-Off | 02/05/2023 | 03/06/2023 |

This stipulated motion only extends the deadlines for expert disclosure reports and discovery cut-off per the above table and does not change any other case schedule events.

DATED this 22nd day of November, 2022.

WAKEFIELD & KIRKPATRICK, PLLC

By  *s/ Scott C. Wakefield*
Scott C. Wakefield        WSBA #11222
Zach Parker               WSBA#53373
Wakefield & Kirkpatrick, PLLC
17544 Midvale Avenue North, Suite 307
Shoreline, WA  98133
TEL:  (206) 629-5489
FAX: (206) 629-2120
swakefield@wakefieldkirkpatrick.com
zparker@wakefieldkirkpatrick.com
Attorneys for Defendant George Alvarez

DATED this 22nd day of November,  2022.

CORR CRONIN, LLP

By  *s/ Timothy Bradshaw*
Timothy Bradshaw  WSBA#17983
Steven W. Fogg     WSBA#23528
Taryn Basauri      WSBA#51637
Corr Cronin, LLP
1015 Second Ave., Floor 10
Seattle, WA 98104
TEL: 206-625-8600
tbradshaw@corrcronin.com
sfogg@corrcronin.com
tbasauri@corrcronin.com
Attorneys for Defendant Kathleen Decker

JOINT STIPULATED MOTION TO EXTEND CERTAIN DEADLINES - 2
(Case No. 2:21-CV-01623-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

2010.002/221116JtStipMotExtendDeadlines.docx

DATED this 22nd day of November, 2022.

        LAW OFFICE OF DAN N. FIORITO, III

        By  *s/ Dan N. Fiorito*
        Dan N. Fiorito, III     WSBA#34009
        Law Offfices of Dan N. Fiorito, III
        2470 Westlake Ave. N., Suite 201
        Seattle, WA 98109
        TEL: 206-299-1582
        dan@danfiorito.com
        Attorneys for Plaintiff Gizachew Wondie

DATED this 22nd day of November, 2022.

        KING COUNTY PROSECUTING ATTORNEYS OFFICE

        By  *s/ John R. Zeldenrust*
        John R. Zeldenrust    WSBA#19797
        Karissa L. Taylor    WSBA#31563
        King County Prosecuting Attorneys Office
        516 3rd Avenue, #W554
        Seattle, WA 98104
        TEL: 206-477-1213
        john.zeldenrust@kingcounty.gov
        Karissa.taylor@kingcounty.gov
        Attorneys for Defendant King County, King County Sheriff's Office

## **ORDER**

Based on the Joint Stipulated Motion to Extend Certain Deadlines in this matter, IT IS HEREBY ORDERED that the deadlines for FRCP 26(a)(2) expert disclosure reports and discovery cut-off are extended as follows:

| Event | Current Date | Extended Date |
|---|---|---|
| Disclosure of Expert Testimony Under FRCP 26(a)(2) | 12/07/22 | 01/09/2023 |

JOINT STIPULATED MOTION TO EXTEND CERTAIN DEADLINES - 3
(Case No. 2:21-CV-01623-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

2010.002/221116JtStipMotExtendDeadlines.docx

| Disclosure of Rebuttal Expert Reports | 01/07/2023 | 02/07/2023 |
|---|---|---|
| Discovery Cut-Off | 02/05/2023 | 03/06/2023 |

All other case schedule events remain the same.

DATED this 22nd day of November, 2022.

_____
HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By_____
    Scott C. Wakefield          WSBA #11222
    Attorneys for Defendant State Farm Fire & Casualty Company

By     *s/ Timothy Bradshaw*
    Timothy Bradshaw   WSBA#17983
    Steven W. Fogg     WSBA#23528
    Taryn Basauri      WSBA#51637
    Attorneys for Defendant Kathleen Decker

By     *s/ Dan N. Fiorito*
    Dan N. Fiorito, III     WSBA#34009
    Attorneys for Plaintiff Gizachew Wondie

By     *s/ John R. Zeldenrust*
    John R. Zeldenrust    WSBA#19797
    Karissa L. Taylor    WSBA#31563
    Attorneys for Defendant King County and King County
    Sheriff's Office

JOINT STIPULATED MOTION TO EXTEND CERTAIN DEADLINES - 4
(Case No. 2:21-CV-01623-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

2010.002/221116JtStipMotExtendDeadlines.docx

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I electronically filed the following document(s):

    1.    JOINT STIPULATED MOTION TO EXTEND CERTAIN DEADLINES

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff:**
Dan N. Fiorito, III
Law Office of Dan N. Fiorito, III
2470 Westlake Ave. N., Suite 201
Seattle, WA 98109
dan@danfiorito.com

**Attorneys for Defendants King County & King County Sheriff's Office:**
Karissa L. Taylor
John R. Zeldenrust
King County Prosecuting Attorney's Office
516 3rd Avenue, #W554
Seattle, WA 98104
Karissa.taylor@kingcounty.gov
john.zeldenrust@kingcounty.gov

**Attorneys for Defendant Kathleen Decker:**
Timothy Bradshaw
Steven W. Fogg
Taryn M. Basauri
Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
tbradshaw@corrcronin.com
sfogg@corrcronin.com
tbasauri@corrcronin.com

    *s/ Erica Anderson*
Erica Anderson
WAKEFIELD & KIRKPATRICK, PLLC
17544 Midvale Avenue No., Suite 307
Shoreline, WA 98133
Tel: 206-629-5489
Fax: 206-629-2120
eanderson@wakefieldkirkpatrick.com

JOINT STIPULATED MOTION TO EXTEND CERTAIN DEADLINES - 5
(Case No. 2:21-CV-01623-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489   FAX (206) 629-2120

2010.002/221116JtStipMotExtendDeadlines.docx