THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE, a single man,<br><br>          Plaintiff,<br><br>    vs.<br><br>KING COUNTY, a political subdivision of the State of Washington; KING COUNTY SHERIFF'S OFFICE, an entity of King County; KATHLEEN DECKER, in her official and individual capacities; GEORGE ALVAREZ, in his official and individual capacities; and JOHN / JANE DOE OFFICERS 1-10, in their official and individual capacities,<br><br>          Defendants. | NO. 2:21-CV-01623-JHC<br><br>ORDER GRANTING JOINT STIPULATED MOTION FOR DIMISSAL OF ALL CLAIMS AGAINST DEFENDANT GEORGE ALVAREZ ONLY WITH CERTAIN CONDITIONS<br><br>**NOTE ON MOTION CALENDAR:** December 1, 2022 (Same Day Motion)<br><br>**Without Oral Argument** |

## ORDER OF DISMISSAL

Based on the Joint Stipulated Motion for Dimissal of All Claims Against Defendant George Alvarez Only With Certain Conditions in this matter, IT IS HEREBY ORDERED that all claims in this action against defendant George Alvarez shall be and are dismissed with prejudice.

ORDER GRANTING DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT GEORGE ALVAREZ - 1 (Case No. 2:21-CV-01623-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

2010.002/221128PropOrderforDismissal.docx

IT IS FURTHER ORDERED that the following stipulated facts and conditions shall apply to all further proceedings in this matter:

1. George Alvarez was acting within the scope of his employment as a KCSO Deputy / Detective on December 6, 2018 in connection with the service of a search warrant on the plaintiff Gizachew Wondie and the subsequent arrest of Gizachew Wondie for possession of illegal narcotics that same day (December 6, 2018);

2. George Alvarez has waived his rights (if any) to attorney fees and costs against any other party to this action. And the other parties to this action likewise waive their rights (if any) to attorney fees and costs against George Alvarez only.

DATED this 1st day of December, 2022.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC


By __s/ Scott C. Wakefield_____
   Scott C. Wakefield      WSBA #11222
   Zach Parker            WSBA #53373
   Attorneys for Defendant George Alvarez

Copy Received, Approved as to Form;
Notice of Presentation Waived:



By __s/ Dan N. Fiorito_____
   Dan N. Fiorito, III      WSBA #34009
   Attorneys for Plaintiff Gizachew Wondie

ORDER GRANTING DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT GEORGE ALVAREZ - 2 (Case No. 2:21-CV-01623-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

2010.002/221128PropOrderforDismissal.docx

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By ___*s/ Karissa L. Taylor*_____
   John R. Zeldenrust        WSBA #19797
   Karisaa L. Taylor         WSBA #31563
   Attorneys for Defendants King County and King
   County Sheriff's Office

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By ___*s/ Taryn M. Basauri*_____
   Timothy A. Bradshaw     WSBA #17983
   Steven W. Fogg          WSBA #23528
   Taryn M. Basauri         WSBA #51637
   Attorneys for Defendant Kathleen Decker

ORDER GRANTING DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT GEORGE ALVAREZ - 3 (Case
No. 2:21-CV-01623-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

2010.002/221128PropOrderforDismissal.docx

# CERTIFICATE OF SERVICE

I hereby certify that on December 1st, 2022, I electronically filed the following document(s):

1. [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT GEORGE ALVAREZ ONLY WITH CERTAIN CONDITIONS

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff:**
Dan N. Fiorito, III
Law Office of Dan N. Fiorito, III
2470 Westlake Ave. N., Suite 201
Seattle, WA 98109
dan@danfiorito.com

**Attorneys for Defendants King County & King County Sheriff's Office:**
Karissa L. Taylor
John R. Zeldenrust
King County Prosecuting Attorney's Office
516 3rd Avenue, #W554
Seattle, WA 98104
Karissa.taylor@kingcounty.gov
john.zeldenrust@kingcounty.gov

**Attorneys for Defendant Kathleen Decker:**
Timothy A. Bradshaw
Steven W. Fogg
Taryn M. Basauri
Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
tbradshaw@corrcronin.com
sfogg@corrcronin.com
tbasauri@corrcronin.com

_s/ Erica Anderson_
Erica Anderson
WAKEFIELD & KIRKPATRICK, PLLC
17544 Midvale Avenue No., Suite 307
Shoreline, WA 98133
eanderson@wakefieldkirkpatrick.com

ORDER GRANTING DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT GEORGE ALVAREZ - 4 (Case No. 2:21-CV-01623-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

2010.002/221128PropOrderforDismissal.docx