UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE,<br><br>               Plaintiff,<br><br>   v.<br><br>KING COUNTY et al.,<br><br>               Defendant. | CASE NO. 2:21-cv-01623-JHC<br><br>ORDER RE: TRIAL CONTINUANCE |

Before the Court is Plaintiff's Motion for Relief from Deadlines. Dkt. # 62. The Court has considered the materials filed in support of, and in opposition to, the motion, as well as the balance of the case file and the applicable law. Being fully advised, the Court GRANTS the motion. Given the Court's crowded trial calendar, the Court is setting February 5, 2024, as the new trial date in this matter. The Court is not inclined to grant another trial continuance absent extraordinary circumstances. All case deadlines that have not yet passed, as well as all expert witness related deadlines, are extended relative to the new trial date. The Court DIRECTS the Courtroom Deputy to issue an order setting the trial date and related dates in accordance with this order.

      Dated this 27th day of February, 2023.

ORDER RE: TRIAL CONTINUANCE - 1

1
2
                                               */s/ John H. Chun*
                                               John H. Chun
3                                                United States District Judge

ORDER RE: TRIAL CONTINUANCE - 2