1

2

3                                                          The Honorable John H. Chun
                                                                  US District Judge
4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
                                     AT SEATTLE
8

9    GIZACHEW WONDIE, a single man            )
                                              )
                                  Plaintiff,  )    No. 2:21-cv-01623-JHC
10            vs.                              )
                                              )
11   KING COUNTY, a political subdivision of the )   ORDER GRANTING  MOTION TO
     State of Washington; KING COUNTY         )    AMEND CAPTION
12   SHERIFF'S OFFICE, an entity of King County; )
     KATHLEEN DECKER, in her official and     )    **NOTE ON MOTION CALENDAR:**
13   individual capacities; GEORGE ALVAREZ, in his )  **March 7, 2023**
     official and individual capacities; and JOHN / )  **(Same Day Motion)**
14   JANE DOE OFFICERS 1-10, in their official and )  **Without Oral Argument**
     individual capacities,                    )
15                                             )
                                  Defendants.  )
16   _____ )

17                                    **ORDER**

18          Based on the Joint Stipulated Motion to Amend Caption in this matter, IT IS HEREBY

19   ORDERED that George Alvarez shall be removed from the caption of this matter from this date

20   forward as the former defendant George Alvarez has been dismissed from this case with

21   prejudice.

22   The caption shall be styled henceforth as below:

23

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
516 3rd Avenue, W554
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

1

2   GIZACHEW WONDIE, a single man,

3                    Plaintiff,

4              vs.

5   KING COUNTY, a political subdivision of
    the State of Washington; KING COUNTY
6   SHERIFF'S OFFICE, an entity of King
    County; KATHLEEN DECKER, in her
7   official and individual capacities; and
    JOHN / JANE DOE OFFICERS 1-10,
8   in their official and individual capacities,
                    Defendants.
9

10  DATED this 8th day of March, 2023.

11

12                                    _John H. Chun_____
                                      John H. Chun
13                                    United States District Judge

14

15

16  Presented by:

17  LEESA MANION (she/her)
    King County Prosecuting Attorney
18

19  By: _/s/ Karissa L. Taylor_
       Karissa L. Taylor, WSBA #31563
20     John R. Zeldenrust, WSBA #19797
       Attorneys for Defendants King County, King County
21     Sheriff's Office

22

23

ORDER GRANTING MOTION TO AMEND
CAPTION (2:21-cv-01623-JHC) - 2

1

2

Copy Received, Approved as to Form;
Notice of Presentation Waived:

3

By: */s/ Dan N. Fiorito*
    Dan N. Fiorito, III, WSBA #34009
    Attorneys for Plaintiff Gizachew Wondie

4

5

Copy Received, Approved as to Form;
Notice of Presentation Waived:

6

7

By: */s/ Timothy A. Bradshaw*
    Steven W. Fogg, WSBA #23528
    Timothy A. Bradshaw, WSBA #17983

8

    Taryn M. Basauri, WSBA #51637
    Attorneys for Defendant Kathleen Decker

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION TO AMEND
CAPTION (2:21-cv-01623-JHC) - 3

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
516 3rd Avenue, W554
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191