# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE, a single man,<br><br>  Plaintiff,<br><br>  vs.<br><br>KING COUNTY, a political subdivision of the State of Washington; KING COUNTY SHERIFF'S OFFICE, an entity of King County; KATHLEEN DECKER, in her official and individual capacities; GEORGE ALVAREZ, in his official and individual capacities; and JOHN / JANE DOE OFFICERS 1-10, in their official and individual capacities,<br><br>  Defendants. | NO. 2:21-CV-01623-JHC<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR FORMER DEFENDANT GEORGE ALVAREZ |

There being no objection by other parties, the Motion For Leave to Withdraw as Counsel for Former Defendant George Alvarez in this matter (Dkt. 84), is hereby GRANTED.  As of the date of this order, Scott C. Wakefield, Dan Kirkpatrick, and Zach Parker of Wakefield & Kirkpatrick, PLLC, and the firm itself, are no longer counsel-of-record in this matter for the dismissed defendant, George Alvarez.

ORDER GRANTING WITHDRAWAL OF COUNSEL FOR
FORMER DEFENDANT
GEORGE ALVAREZ - 1
(Case No. 2:21-CV-01623-JHC)

IT IS FURTHER ORDERED that the Clerk is directed to remove Scott C. Wakefield, Dan Kirkpatrick, Zach Parker and all administrative and other personnel from Wakefield & Kirkpatrick, PLLC from the ECF service list for this matter.

DATED this 2nd day of May, 2023.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE