UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE, <br><br> Plaintiff, <br><br> vs. <br><br> KING COUNTY, a political subdivision of the State of Washington; KING COUNTY SHERIFF'S OFFICE, an entity of King County; KATHLEEN DECKER, in her official and individual capacities; and JOHN / JANE DOE OFFICERS 1-10, in their official and individual capacities, <br><br> Defendants. | No. 2:21-cv-01623-JHC <br><br> **ORDER** |

This matter comes before the Court on Defendant King County Sheriff's Office's Motion for Order Permitting Filing Under Seal ("Motion to Seal"). Dkt. # 80. The Motion to Seal concerns Exhibit 2 to the Declaration of Erin Becker. *See* Dkt. # 83. That exhibit was submitted in support of King County Defendants' Joint Motion for Summary Judgment. *See* Dkt. # 76. Today, the King County Defendants' withdrew their summary judgment motion, Dkt. # 88, rendering moot the Motion to Seal. Thus, the Court STRIKES the Motion to Seal. Exhibit 2 to the Declaration of Erin Becker at Dkt. # 83 shall remain under seal.

//

//

ORDER (2:21-cv-01623-JHC) - 1

Signed this 11th day of May, 2023.

_____
JOHN H. CHUN
United States District Judge