1

2

3

4

5

6

7

8

THE HONORABLE JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  GIZACHEW WONDIE,                                )
                                                  )
10                              Plaintiff,         )    Case No. 2:21-cv-01623-JHC
                                                  )
11         v.                                      )    **STIPULATION AND ORDER FOR**
                                                  )    **F.R.C.P. 35 EXAM OF PLAINTIFF**
12  KING COUNTY, et al.,                           )
                                                  )
13                              Defendant.         )
                                                  )
14  _____          )

15                          **I.    STIPULATION**

16         In accordance with the Federal Rules of Civil Procedure and the Professional Rules of

17  Conduct, Plaintiff Gizachew Wondie, Defendant King County, and Defendant Kathleen Decker

18  stipulate to the following:

20         1.      The parties agree there is good cause to perform a defense psychological

21  examination ("exam") of Plaintiff, which shall be conducted at the time and location agreed

22  to by counsel for the Parties.  The Parties agree to work cooperatively to schedule these

23  exams.  The exam may take place via remote means.  The Parties have further agreed that the

24  exam may take place following the discovery cutoff due to scheduling difficulties.

25         2.      Defendants' expert psychologist will first conduct a clinical assessment of

26  Plaintiff, which includes an interview to obtain a detailed description of current psychiatric

27  functioning and symptoms; detailed information about medical, individual psychiatric, family

FRCP 35 STIPULATION AND ORDER - 1
Case No. 2:21-cv-01623-JHC

**CORR CRONIN** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

psychiatric, social and developmental histories; a substance use history; a history of treatment efforts and compliance regarding psychiatric conditions; and a mental status examination.

3.      Defendants' expert psychologist will then administer psychological testing and likely use the Minnesota Multiphasic Personality Inventory (the newer MMPI-3).  The MMPI-3 consists of 338 True-False questions.

4.      Plaintiff may be accompanied by a non-expert chaperone during the following portions of the interview portion of exam.  Consistent with accepted industry standards, the chaperone may not be present during the psychological testing.  The Parties agree that in no event may counsel of record for either party, or any attorney from counsel's firm(s), attend an exam as a chaperone and/or videographer.  Plaintiff will disclose to Defendants the name of the chaperone, if any, twenty-four (24) hours before the examination takes place.  This individual may observe the interview portion of the exam but may not interfere with or obstruct it.

5.      In the event that a problem arises during the course of the exam, the Defendants' expert psychologist will contact the attorneys for the Defendants who will immediately contact attorneys for Plaintiff in an effort to promptly resolve any problem.  The Parties will provide their contact information for the day of the exam twenty-four (24) hours before the examination.

6.      Psychologists and neuropsychologists have an ethical and professional responsibly to maintain test security and to protect test materials.  The Parties agree that they will not seek disclosure of any test data as defined by APA Ethics Code Standard 9.04 ("Release of Test Data") resulting from any exam in violation of these ethical and professional responsibilities.  The Parties agree that the test data will be exchanged between the Parties' respective experts, the Defendants' expert psychologist and Dr. Robert Stanulis, as provided below, but that it will not be provided directly to the Parties or counsel.  The Parties agree that information exchanged between the experts will be limited to test data, including the raw data, and communications related to testing materials and test data.  The information exchanged between the experts will not be provided directly to the Parties or counsel absent written authorization of the Parties and experts or an order of this Court.

FRCP 35 STIPULATION AND ORDER - 2
Case No. 2:21-cv-01623-JHC

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1   DATED this 13th day of October, 2023.

2

3                                       LAW OFFICES OF DAN N. FIORITO, III

4                                       By   *s/Dan Fiorito, III*
                                             Dan Fiorito, III, WSBA No. 34009
5                                            2470 Westlake Ave. N., Suite 201
                                             Seattle, WA 98109
6                                            206-299-1582
                                             dan@danfiorito.com
7                                            *Attorney for Gizachew Wondie*

8

9                                       KING COUNTY PROSECUTING
                                        ATTORNEY'S OFFICE
10
                                        By   *s/John Zeldenrust*
11                                           John Zeldenrust, WSBA No. 19797
                                             King County Prosecuting Attorney's Office
12                                           1191 2nd Avenue, Suite 1700
                                             Seattle, WA  98101
13                                           206.477.9579
                                             john.zeldenrust@kingcounty.gov
14

15                                           *s/Karissa Taylor*
16                                           Karissa Taylor, WSBA No. 31563
                                             King County Prosecuting Attorney's Office
17                                           1191 2nd Avenue, Suite 1700
                                             Seattle, WA  98101
18                                           206.477.1213
                                             karissa.taylor@kingcounty.gov
19                                           *Attorneys for Defendant King County*

20

21                                      CORR CRONIN LLP

22                                           *s/ Taryn Basauri*
                                             Steve Fogg, WSBA No. 23528
23                                           Taryn Basauri, WSBA No. 51637
                                             1015 Second Ave., Floor 10
24                                           Seattle, WA 98104
                                             206.625.8600
25                                           sfogg@corrcronin.com
                                             tbasauri@corrcronin.com
26                                           *Attorneys for Defendant Kathleen Decker*

27

FRCP 35 STIPULATION AND ORDER - 3
Case No. 2:21-cv-01623-JHC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## II.   <u>ORDER</u>

Based upon the above Stipulation of the Parties, it is hereby ORDERED that the Parties and their counsel of record will abide by its terms.

Done in Open Court this 13th day of October, 2023.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

FRCP 35 STIPULATION AND ORDER - 4
Case No. 2:21-cv-01623-JHC

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900