THE HONORABLE JOHN H. CHUN

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

8

9

10

| | |
|---|---|
| GIZACHEW WONDIE, a single man, | No. 2:21-cv-01623-JHC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT KATHLEEN DECKER** |
| KING COUNTY, a political subdivision of the State of Washington, KING COUNTY SHERIFF'S OFFICE, an entity of King County; KATHLEEN DECKER, in her official and individual capacities; GEORGE ALVAREZ, in his official and individual capacities; and JOHN / JANE DOE OFFICERS 1-10, in their official and individual capacities, | **NOTE ON MOTION CALENDAR: November 27, 2023** |
| Defendants. | |

11

12

13

14

15

16

17

18

19

### **STIPULATION**

20        IT IS HEREBY STIPULATED between the plaintiff and defendants, parties to the

21   above-entitled action, that Plaintiff's claims against Defendant Kathleen Decker shall be

22   DISMISSED WITH PREJUDICE and without costs or attorneys' fees to either party pursuant

23   to the terms of the parties executed settlement agreement. This Order does not include or

24   imply an admission of liability. King County remains a named defendant in this lawsuit.

25        STIPULATED AND AGREED TO this 27th day of November, 2023.

**CORR CRONIN** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

LAW OFFICE OF DAN N. FIORITO, III

By: *s/ Dan Fiorito*
DAN FIORITO, III, WSBA #34009
Attorney for Plaintiff

CORR CRONIN, LLP.

By: *s/ Taryn Basauri*
TARYN BASAURI, WSBA #51637
STEVEN W. FOGG, WSBA #23528

LEESA MANION (she/her)
King County Prosecuting Attorney

By: *s/ Karissa Taylor*
KARISSA TAYLOR, WSBA #31563
JOHN R. ZELDENRUST, WSBA #19797
Attorneys for King County Defendants

## **ORDER**

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that defendant Kathleen Decker is hereby DISMISSED WITH PREJUDICE and without costs or attorneys' fees to either party pursuant to the terms of the parties executed settlement agreement. This Order does not include or imply an admission of liability.

DATED this _____ day of _____ at Seattle, Washington.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Dan Fiorito*
Dan N. Fiorito, III, WSBA #34009
Attorney for Plaintiff

_____
Steven W. Fogg, WSBA #23528
Taryn Basauri, WSBA #51637
Attorneys for Kathleen Decker

STIPULATION AND ORDER OF DISMISSAL OF ALL
CLAIMS AGAINST DEFENDANT KATHLEEN DECKER
Page 2 -No. 2:21-cv-01623-RSL

1

2  LEESA MANION (she/her)
   King County Prosecuting Attorney

3

4  By:_____
   KARISSA L. TAYLOR, WSBA #31563

5  JOHN R. ZELDENRUST, WSBA #19797
   *Attorneys for Defendants King County, King County*

6  *Sheriff's Office*

7

8  Notices of Presentation Waived

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL OF ALL
CLAIMS AGAINST DEFENDANT KATHLEEN DECKER
Page 3 -No. 2:21-cv-01623-RSL

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900