UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GIZACHEW WONDIE,

            Plaintiff,

   v.

KING COUNTY et al.,

            Defendant.

CASE NO. 2:21-cv-01623-JHC

ORDER TO DISMISS ALL CLAIMS
AGAINST DEFENDANT KATHLEEN
DECKER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto (Dkt. # 108), and the Court being fully advised in the premises, now, therefore, it is hereby, ORDERED, ADJUDGED AND DECREED that Defendant Kathleen Decker is hereby DISMISSED WITH PREJUDICE and without costs or attorneys' fees to either party pursuant to the terms of the parties executed settlement agreement.  This Order does not include or imply an admission of liability.

     Dated this 28th day of November, 2023.

John H. Chun
John H. Chun
United States District Judge