UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIZACHEW WONDIE, | CASE NO. 2:21-cv-01623-JHC |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY, et al., | |
| Defendants. | |

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto (Dkt. # 111), and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-titled matter be and the same is hereby DISMISSED WITH PREJUDICE, without costs or attorney fees.

Dated this 21st day of December, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1